W. N. Cone, as Sheriff and ex-officio Administrator of the estate of Mary Jane Chambliss, deceased, Plaintiff in Error, vs. John W. Tompkins and Antoinette Q. Tompkins, Defendants in Error.

Writ of Error to Circuit Court Columbia county.

*A. J. Henry*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.